IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
FEB 2 1 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EMMANUEL D. ABDON, )<br>)<br>Defendant. ) | CRIMINAL NO. 18-30021-MJR<br><br>Title 18, United States Code,<br>Sections 2422(b) and 2423(b). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### ENTICEMENT

From on or about December 22, 2017, until on or about January 13, 2018, in Madison County, within the Southern District of Illinois, and elsewhere,

**EMMANUEL D. ABDON,**

defendant herein, did knowingly use a facility of interstate and foreign commerce, or attempt to do so, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in a sexual activity for which a person could be charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse in violation of 720 ILCS 5/11-1.60(d); all in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

#### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

On or about January 13, 2018, in Madison County, Illinois, within the Southern District of Illinois, and the State of Florida,

**EMMANUEL D. ABDON,**

defendant herein, did knowingly travel in interstate commerce from the State of Florida to Madison County, Illinois, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a person under 18 years of age, all in violation of Title 18, United States Code, Section 2423(b).

**A TRUE BILL**



*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention