PS3 (12/05)                                                                 Emmanuel D. Abdon, / 0754 3:18CR30021-001

**PRIOR RECORD:**
A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed the following criminal history record for this defendant:

| Date of Arrest | Agency | Charge | Disposition |
|---|---|---|---|
| 08/10/2012 (Age 24) | East Brunswick Police Department; East Brunswick, NJ; Case No.: 862387E20120810 | Theft by Deception (misdemeanor) | 10/16/2012: Guilty, ordered to pay a fine and costs. |
| 01/16/2018 (Age 30) | Troy Police Department; Troy, IL; Case No.: 18-CF-114 | Ct. 1: Traveling to Meet a Minor; Ct. 2: Grooming; and Cts. 3 and 4: Indecent Solicitation/Aggravated Criminal Sexual AbuseAbuse | Pending matter, next court appearance scheduled for March 5, 2018. |
| In regard to the above noted matter, the Court is advised that the defendant is being held on $500,000.00 bond (10% to apply). | | | |

In addition to the above noted criminal history, the Court is advised that the defendant has one traffic violation citation in the state of Illinois.