IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
NOV 0 6 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-30021-MJR |
| ) | |
| EMMANUEL D. ABDON, ) | Title 18, United States Code, |
| ) | Sections 2422(b) and 2423(b). |
| Defendant. ) | |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**ATTEMPTED ENTICEMENT OF A MINOR**

From on or about December 22, 2017, until on or about January 13, 2018, in Madison County, within the Southern District of Illinois, and elsewhere,

**EMMANUEL D. ABDON,**

defendant herein, used a facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in a sexual activity for which a person could be charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse in violation of 720 ILCS 5/11-1.60(d); all in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

**TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT**

On or about January 13, 2018, in Madison County, Illinois, within the Southern District of Illinois, and the State of Florida,

**EMMANUEL D. ABDON,**

defendant herein, did knowingly travel in interstate commerce from the State of Florida to Madison County, Illinois, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a person under 18 years of age, all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

FOREPERSON

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention

2